IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00362-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KARA LOUNSBURY,

    Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Deputy Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Lieutenant Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official
    capacity),
STERRITT FULLER, Programs Coordinator (sued in his individual & official capacity),
UNKNOWN PARTIES, Sheriff's Deputies (sued in their individual & official capacities),
UNKNOWN PARTY, Mailroom Supervisor (sued in his individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJAO, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER STACK, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROTH, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity),
ADAMS COUNTY DETENTION FACILITY (ACDF), Jail Facility,
ADAMS COUNTY SHERIFF'S OFFICE (ACSO), Sheriff's Office, and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Kara Lounsbury, has submitted a Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X    is not submitted
(2)   __   is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   other:_____.

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  X    is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. __
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   names in caption do not match names in text
(16)  X    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant),

along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 21, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
 United States Magistrate Judge