IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00362-DME-BNB

KARA L. LOUNSBURY,

Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Deputy Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Lieutenant Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official capacity),
UNKNOWN PARTIES, Sheriff's Deputies (sued in their individual & official capacities),
UNKNOWN PARTY, Mailroom Supervisor (sued in his individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJAO, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity), and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

Defendants.

**ORDER**

The plaintiff is currently incarcerated at the Denver Women's Correctional Facility. She filed her Complaint on February 10, 2012. On March 26, 2012, the United States Marshal attempted to effect service on defendant Melanie Gregory at the Adams County Sheriff's Department. *Process Receipt and Return*, [Doc. #29]. The Marshal was unable to serve Ms. Gregory because she is retired and no longer works at that location. A forwarding address was not provided. Accordingly,

IT IS ORDERED that on or before **May 11, 2012**, the defendants shall advise the court if they have a forwarding address for Ms. Gregory and, if so, they shall provide it.

Dated May 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge