IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00362-DME-BNB

KARA LOUNSBURY,

Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Deputy Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Lieutenant Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official capacity),
UNKNOWN PARTIES, Sheriff's Deputies (sued in their individual & official capacities),
UNKNOWN PARTY, Mailroom Supervisor (sued in his individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJAO, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity), and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

Defendants.

_____

**SCHEDULING ORDER**
_____

The parties appeared today for a scheduling conference. The following schedule was established:

    Discovery Cut-Off:    December 3, 2012

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

| | |
|---|---|
| Discovery is limited as follows: | 10 depositions per side |
| | 25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts |
| Dispositive Motions Deadline: | January 11, 2013 |

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 1, 2012

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 1, 2012

Final Pretrial Conference: A final pretrial conference will be held in this case on February 11, 2013, at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than February 4, 2013.

Dated May 31, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge