**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00362-DME-BNB

KARA L. LOUNSBURY,

    Plaintiff,

v.

DOUGLAS DARR, et al.

    Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION TO DENY
MOTION TO AMEND COMPLAINT**

---

    This matter comes before the Court on the magistrate judge's Recommendation (Doc. 34) to deny Plaintiff Kara Lounsbury's motion to amend her complaint as it pertains to her claim alleging denial of access to the courts (Doc. 12).  No party has objected to the Magistrate Judge's Recommendation.  Reviewing, therefore, only for clear error on the face of the record, the Court discerns no such error.  Therefore, the Court ADOPTS the Magistrate Judge's Recommendation and DENIES Lounsbury's motion to amend her complaint in this regard.

    Dated this ___3rd___ day of _____July___, 2012.

                                    BY THE COURT:

                                    *s/ David M. Ebel*

                                    U. S. CIRCUIT COURT JUDGE