IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00362-DME-BNB

KARA LOUNSBURY,

Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Deputy Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Lieutenant Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official
capacity),
UNKNOWN PARTIES, Sheriff's Deputies (sued in their individual & official capacities),
UNKNOWN PARTY, Mailroom Supervisor (sued in his individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJAO, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity), and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion for Leave to Depose Plaintiff, a
Confined Person in Prison** [docket no. 48, filed July 12, 2012] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and pursuant to Fed.R.Civ.P.
30(a)(2)(B), defendants may take the deposition of plaintiff at the correctional facility where
plaintiff is currently incarcerated, to be done or before **August 31, 2012**.


        IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER SUZANNE TATE FOR
KARA LOUNSBURY #149160
DENVER WOMEN'S CORRECTIONAL FACILITY
P. O. BOX 392005
DENVER, CO 80239


DATED:  July 12, 2012