IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00362-DME-BNB

KARA L. LOUNSBURY,

Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Deputy Sheriff (sued in his individual & official capacity),
UNKNOWN PARTY, Lieutenant Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official capacity),
UNKNOWN PARTIES, Sheriff's Deputies (sued in their individual & official capacities),
UNKNOWN PARTY, Mailroom Supervisor (sued in his individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJAO, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity), and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

Defendants.

## ORDER

This matter arises on the following motions filed by the plaintiff:

1. **Motion to Ammend** [sic] **Service** [Doc. #36, filed 05/24/2012] (the "Motion to Amend"); and

2. **Motion for the Appointment of Counsel** [Doc. #51, filed 08/13/2012] (the "Motion for Appointment of Counsel").

The plaintiff seeks to amend the spelling of defendant Hajao's last name to Hajdu in order to facilitate service on the defendant. The request is granted insofar as it seeks to correct the spelling of defendant Hajao's last name to Hajdu. Defendant Hajdu waived service of the Summons and Complaint on June 6, 2012 [Doc. #45]. Therefore, the request is denied as moot to the extent the plaintiff seeks to facilitate service on defendant Hajdu.

The plaintiff also seeks appointment of counsel to represent her in this action.[1] The Court has broad discretion in determining whether to appoint counsel in a civil case. DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993). In making this decision, I consider the following factors: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present her claims, and (4) the complexity of legal issues raised by the claims. See Rucks v. Boergermann, 57 F.3d 978, 979 (10th Cir. 1995).

Here, the plaintiff's Complaint adequately presents her claims. The factual and legal issues raised by the plaintiff's claims are not complex. In addition, the allegations of the Complaint do not convince me that the plaintiff's chances of succeeding on the merits are strong. Consequently, the Motion for Appointment of Counsel is denied.

IT IS ORDERED:

1. The Motion to Amend [Doc. #36] is GRANTED IN PART and DENIED IN PART;

2. Defendant Hajao's last name shall be corrected to Hajdu; and

3. The Motion for Appointment of Counsel [Doc. #51] is DENIED.

---

[1] The plaintiff is not proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Dated August 27, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge