IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00362-DME-BNB

KARA LOUNSBURY,

Plaintiff,

v.

DOUGLAS DARR, Sheriff (sued in his individual & official capacity),
MELANIE GREGORY, Technical Services Manager (sued in her individual & official capacity),
LINDER, Mailroom Technician (sued in his individual & official capacity),
OFFICER HAJDU, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER JACOBUCCI, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER CALDWELL, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER FOSTER, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER ROGERS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER MEEKS, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER LOPEZ, Sheriff's Deputy (sued in his individual & official capacity),
OFFICER KONDOS, Sheriff's Deputy (sued in his individual & official capacity), and
ADAMS COUNTY MUNICIPAL GOVERNMENT (ACMG), County of Adams, Colorado,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Dismiss or Stay Motion for Summary Judgment** [docket no. 75, filed February 25, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENYING IN PART. **GRANTED** as to an extension in time to respond to the Motion for Summary Judgment. Plaintiff shall respond to the Motion for Summary Judgment [63] on or before **March 22, 2013**. **DENIED** in all other respects.

DATED:  February 26, 2013