# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00362-DME-BNB

KARA LOUNSBURY,

    Plaintiff,

v.

DOUGLAS DARR, et al.,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff Kara Lounsbury's Motion to Voluntarily Dismiss (Doc. No. 79).  It is ORDERED that this civil action is dismissed without prejudice, with each party to pay its own costs and attorneys' fees.

Dated this __18th__ day of _____March_____, 2013.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE
DISTRICT OF COLORADO